IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID GIZARELLI, Guardian of Charlie, | No. 12-06568 CRB |
| Plaintiff, | **ORDER GRANTING TEMPORARY RESTRAINING ORDER** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO; ANIMAL CARE AND CONTROL, et al., | |
| Defendants. | |

Plaintiff has made the requisite showing of irreparable harm, serious questions going to the merits, and the balance of hardship tipping sharply in the moving party's favor to warrant the issuance of a temporary restraining order. *Alliance for Wild Rockies v. Cottrell*, 632 F.3d 1127, 1131 (9th Cir. 2011).  Defendants are hereby enjoined and restrained from euthanizing a dog identified as "Charlie," in the Application for Temporary Restraining Order pending a hearing on a preliminary injunction before the Honorable Charles R. Breyer, which shall be held on Friday, January 11, 2013, at 10:00 a.m. in Courtroom 6, 17th Floor of the Court.  Plaintiff shall post a bond in the amount of $500.00 by Friday, January 4, 2013.  Defendants may file an opposition to plaintiff's motion no later than Monday, January 8 at 5:00 p.m.  Any reply by plaintiff shall be

due no later than Wednesday, January 10, at 5:00 p.m.

     IT IS SO ORDERED.

Dated: 12/31/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE