IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID GAZIRRELLI,

    Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.
                                    /

No. C 12-06568 CRB

**ORDER REQUIRING PARTIES TO ATTEND SETTLEMENT CONFERENCE**

    The parties are hereby ORDERED to attend a settlement conference on Thursday, January 10, 2013, at 1:30 p.m. in Courtroom A, before the Honorable Magistrate Judge Cousins. All other dates remain as scheduled.

    **IT IS SO ORDERED.**

Dated: January 7, 2013
                                             CHARLES R. BREYER
                                             UNITED STATES DISTRICT JUDGE